# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Weinstein, Jack B. | USDC-Eastern District of New York | 01/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior United States District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

225 Cadman Plaza East
Brooklyn, N.Y. 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1998 | TIAA Retirement Plans |
| 2. 1998 | New York State Retirement Plans |
| 3. 2000 | New York State savings Plan Schooling (2) |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 01/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2019 | TeachersIns & Annuity Pensions | $16,905.00 |
| 2. 2019 | NY State Retirements System Pension | $9,411.00 |
| 3. 2019 | Judicial Retiree & Survivors | $199,590.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 01/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Chase | Credit Card | J |
| 2. Wells Fargo | Credit Card | J |
| 3. Wells Fargo | Secured Loan | N |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Standard Bank Deposit | A | Interest | J | T | | | | | |
| 2. AB Funds AB Income Fund Class C | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 3. American Express Bk 3/18/19 | A | Interest | | | Sold | 03/18/19 | J | A | |
| 4. Amtrust Finl Pfd Services Ser D Per MTY | A | Dividend | | | Sold | 06/17/19 | J | A | |
| 5. Amtrust Finl Pfd Services Ser D Per MTY | A | Dividend | | | Sold | 08/01/19 | J | A | |
| 6. Angel Oak FDS TR Multi-Strategy Income FD | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 7. Anglogold Holdings PLC due 4/15/20 | B | Interest | K | T | | | | | |
| 8. Allianz Agic Income & Growth FD Class C | B | Dividend | | | Sold | 07/23/19 | K | A | |
| 9. Assured Guaranty US Hldg Sr Note Due 07/01/24 | A | Interest | J | T | | | | | |
| 10. Blackrock Health Sciences Trust | A | Dividend | K | T | | | | | |
| 11. Blackrock Science & Technology TR | C | Dividend | K | T | | | | | |
| 12. Buckeye Partners lp-due 8/15/19 | A | Interest | | | Sold | 02/19/19 | K | A | |
| 13. Citigroup Inc, Subordinated due 09/29/27 | B | Interest | K | T | Buy | 02/19/19 | K | | |
| 14. Entergy Corp due 09/15/20 | A | Interest | J | T | | | | | |
| 15. Federated Income SECS | A | Dividend | | | Sold | 07/23/19 | K | A | |
| 16. First TR Value Line | B | Dividend | L | T | Buy | 05/03/19 | J | | |
| 17. First TR Value Line | | None | J | T | Sold<br>(part) | 06/17/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Franklin Income FD (Long) | A | Dividend | J | T | | | | | |
| 19. | Franklin Income FD (Short) | A | Dividend | J | T | | | | | |
| 20. | Goldman Sachs Group Inc Notes Medium Terms Notes due 08/15/27 | A | Interest | J | T | | | | | |
| 21. | Goodyear Tire & Rubber Company GTD due 05/31/26 | | None | | | Sold | 05/03/19 | K | A | |
| 22. | Guggenheim FDS TR Marco Opportunities FD CL | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 23. | Hometrust Bank clyde nc 8/26/21 | A | Interest | | | Sold | 06/17/19 | K | A | |
| 24. | Janus Invt FD Henderson Global Equity | A | Dividend | | | Sold | 07/23/19 | K | A | |
| 25. | Mainstay High Yield Corp Bond FD CL C | B | Dividend | J | T | Sold (part) | 10/18/19 | K | A | |
| 26. | Nuveen Invt Fds Inc Real Asset Income FD CI C | A | Dividend | | | Sold | 07/23/19 | K | A | |
| 27. | Pimco Income | B | Dividend | L | T | Buy | 07/25/19 | K | | |
| 28. | Pioneer SER TR IV Multi Asset Income FD | A | Dividend | | | Sold | 07/23/19 | K | A | |
| 29. | Principal Global DIV Income Fd | A | Dividend | | | Sold | 07/23/19 | K | A | |
| 30. | Proshares TR S&P Midcap | A | Dividend | | | Sold | 06/17/19 | J | A | |
| 31. | Proshares TR S&P Midcap | A | Dividend | | | Sold | 10/07/19 | J | A | |
| 32. | Proshares TR Russell 2000 Divid | A | Dividend | | | Sold | 04/23/19 | J | A | |
| 33. | Public Storage PFD PERP SER C Cum - 05/17/21 | B | Dividend | K | T | | | | | |
| 34. | Putnam Diversified Income TR SBI CL C | A | Dividend | | | Sold | 07/23/19 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Raymond James Financial Senior note due 04/01/24 | A | Interest | K | T | | | | | |
| 36. Time Warner Cable Inc due 2/1/20- Previously 8/15/19 | A | Interest | J | T | | | | | |
| 37. Touchstone Strategic TR Flexible Income Fund Class C | A | Dividend | K | T | Buy | 07/25/19 | K | | |
| 38. Verizon Communications COM | B | Dividend | L | T | | | | | |
| 39. Standard bank deposit | B | Interest | J | T | | | | | |
| 40. Alcoa Inc | A | Interest | K | T | | | | | |
| 41. Amherst NY Dev Corp Stdnt Hsg Fac Rev UBF due 10/1/30 | A | Interest | K | T | | | | | |
| 42. A T & T Inc | B | Dividend | | | Buy | 06/19/19 | K | | |
| 43. A T & T Inc | | None | | | Sold | 08/02/19 | K | A | |
| 44. Blackrock Health Sciences Trust | A | Dividend | J | T | Buy | 06/19/19 | J | | |
| 45. Blackrock Health Sciences Trust II | | None | K | T | Buy | 08/02/19 | K | | |
| 46. Blackstone Group Inc. CL A | A | Dividend | | | Sold | 10/02/19 | K | D | |
| 47. Blackstone Group Inc. CL A | A | Dividend | | | Sold | 10/02/19 | J | C | |
| 48. Blackstone Group Inc. CL A | A | Dividend | | | Sold | 10/02/19 | J | C | |
| 49. Buffalo NY Fiscal Stability Auth 9/1/21 | A | Interest | J | T | | | | | |
| 50. First TR Value Line FVD | A | Dividend | J | T | Sold (part) | 12/13/19 | J | B | |
| 51. First TR Value Line FVD | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. First TR Value Line FVD | A | Dividend | J | T | | | | | |
| 53. First TR Value Line FVD | A | Dividend | L | T | | | | | |
| 54. First TR Value Line FVD | A | Dividend | K | T | Buy | 05/03/19 | J | | |
| 55. First Trust Nasdaq 1 ETF Equal Weighted indedx ETF | A | Dividend | J | T | Buy | 10/04/19 | K | | |
| 56. First Trust Water ETF | A | Dividend | K | T | Buy | 10/04/19 | J | | |
| 57. General Electric Company | A | Dividend | | | Sold | 08/28/19 | J | A | |
| 58. Invesco TR II ETF S&P Ultra Divid Rev | A | Dividend | K | T | | | | | |
| 59. Long Island Power Authority NY due 05/1/38 | A | Interest | K | T | | | | | |
| 60. Metropolitan Transit Auth NY Rev RFDG Ser D due 11/15/32 | A | Interest | J | T | | | | | |
| 61. Metropolitan Transit Auth NY Rev for Issues due 11/15/32 | A | Interest | J | T | | | | | |
| 62. Metropolitan Transit Auth NY Rev for Issues due 11/15/38 | A | Interest | K | T | | | | | |
| 63. Metropolitan Transit Auth due 11/15/43 | B | Interest | K | T | | | | | |
| 64. Metropolitan Transit Auth NY Rev due 11/15/43 | A | Interest | J | T | | | | | |
| 65. Metropolitan Transit Auth NY Rev Due 11/15/34 | A | Interest | K | T | | | | | |
| 66. Nassau Cnty NY Gen Impt Ser B due 04/01/43 | A | Interest | J | T | | | | | |
| 67. New York St Twy Auth Gen Rev Ser I due 1/1/37 | B | Interest | K | T | | | | | |
| 68. New York St Twy Auth Gen Rev Jr Indbt obligs due 1/1/37 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York St Urban dev corp rev st Pers Income due 3/15/36 | A | Interest | K | T | | | | | |
| 70. NYC Transitional Fin due 7/15/37 | B | Interest | K | T | | | | | |
| 71. NYC TR Cultural Res Rev due 4/1/31 | A | Interest | J | T | | | | | |
| 72. NYC TR Cultural res rev RFDG Alvin Ailey Dance fdtn due 7/1/33 | A | Interest | K | T | | | | | |
| 73. NY NYC Mun Wtr fin auth Wtr Swr Sys due 6/15/33 | A | Interest | K | T | | | | | |
| 74. NYS 34 Dorm Auth Revs Non St Supported debt due 10/1/33 | A | Interest | K | T | | | | | |
| 75. NYS Dorm Auth Revs Non St Supported Debt due 10/1/33 | A | Interest | K | T | | | | | |
| 76. NYS Dorm auth Revs Non St Supported Debt due 07/01/43 | | None | J | T | Buy | 10/14/19 | J | | |
| 77. NYS Dorm Auth St Pers Income Tax Rev due 2/15/34 | A | Interest | K | T | | | | | |
| 78. NYS Dorm Auth St Pers Income Tax Rev due 2/15/35 | A | Interest | K | T | | | | | |
| 79. NYT NYC Transitional Fin Auth Bldg due 1/15/31 | B | Interest | K | T | | | | | |
| 80. NY NYC Trans Fin Auth Bldg due 1/15/31 | | None | | | Sold | 01/15/19 | K | A | |
| 81. Oppenheimer S&P ETF Ultra Dividend Revenue | A | Dividend | | | Sold | 05/28/19 | K | A | |
| 82. Owassco Pub Impt BDS 2018 G/O LTD B/ E B/Q 06/01/36 | A | Interest | K | T | Buy | 01/16/19 | K | | |
| 83. Port Auth NY & NJ Cons 160 1st Rev due 10/15/31 | A | Interest | | | Sold | 10/15/19 | K | A | |
| 84. Port Auth NY & NJ Cons 180 3rd rev due 12/15/36 | A | Interest | J | T | | | | | |
| 85. Proshares S&P 500 Dividend A | A | Dividend | K | T | Buy | 05/18/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Proshares Tr S&P Midcap 400 Divid | A | Dividend | | | Sold | 07/23/19 | K | B | |
| 87. Proshares Tr Russell 2000 Divid | A | Dividend | | | Sold | 05/07/19 | K | A | |
| 88. Sector SPDR TR | A | Dividend | J | T | | | | | |
| 89. SPDR Bloomberg | A | Dividend | J | T | | | | | |
| 90. Triborough Brdg & Tunl Auth NY Revs Gen Ser A due 11/15/42 | A | Interest | J | T | | | | | |
| 91. Verizon Communications | | None | K | T | Buy | 10/17/19 | K | | |
| 92. Wabtec | | None | | | Buy | 02/26/19 | J | | |
| 93. Wabtec | | None | | | Sold (part) | 02/26/19 | J | A | |
| 94. Wabtec | | None | | | Sold | 05/03/19 | J | A | |
| 95. Standard Bank Deposit | A | Interest | K | T | | | | | |
| 96. Mainstay Mackay H/Y BD C | A | Dividend | K | T | | | | | |
| 97. Standard Bank Deposit | A | Interest | J | T | | | | | |
| 98. 3M Co | A | Dividend | J | T | | | | | |
| 99. 3M Co (12.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 100. 3M Co (3.00) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 101. Abbott Laboratories ABT | A | Dividend | J | T | Sold (part) | 04/05/19 | J | A | |
| 102. Abbott Laboratories ABT (12.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Weinstein, Jack B. | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Abbott Laboratories ABT (5.00) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 104. Accenture PLC Ireland Shares Class A | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 105. AFLAC Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 106. Air Products & Chemicals Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 107. American Tower Corp REIT | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 108. American Tower Corp REIT | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 109. American Water Works Co Inc AWK | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 110. Amerisourcebergen Corp ABC | A | Dividend | J | T | | | | | |
| 111. Amerisourcebergen Corp ABC (13.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 112. Amerisourcebergen Corp ABC (12.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 113. Amgen Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 114. Amgen Inc | A | Dividend | J | T | Sold<br>(part) | 09/10/19 | J | A | |
| 115. Analog Devices Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 116. Analog Devices Inc | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 117. Apple Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 118. AT & T Inc | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 119. AT&T Inc | A | Dividend | | | Sold | 07/31/19 | J | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Automatic Data Processing | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 121. Automatic Data Processing | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 122. Becton Dickinson & Co | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 123. Blackrock Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 124. Broadridge Financial Solutions | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 125. Broadridge Financial Solutions (4.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 126. Broadridge Financial Solutions | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 127. Brown and Brown Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 128. Brown-Forman Corp CL B | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 129. Brown-Forman Corp CL B (9.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 130. Brown-Forman Corp CL B (24.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 131. Chubb LTD | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 132. Cisco Systems Inc | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 133. Cisco Systems Inc (25.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 134. Cisco Systems Inc (12.00) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 135. Clorox Company | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 136. CMS Energy Corp CMS | A | Dividend | J | T | Buy | 07/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Colgate-Palmolive Co | A | Dividend | J | T | | | | | |
| 138. Colgate-Palmolive Co (9.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 139. Colgate-Palmolive Co (17.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 140. Comcast Corp New CL A | A | Dividend | J | T | | | | | |
| 141. Comcast Corp New CL A (12.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 142. Comcast Corp New CL A (25.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 143. Commerce Bancshares Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 144. Costco Whsl Corp New | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 145. Crown Castle Intl Corp CCI | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 146. Disney Walt Company | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 147. Eaton Vance Corp Non VTG | A | Dividend | J | T | Buy | 07/26/19 | J | | |
| 148. Ecolab Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 149. Emerson Electric Co | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 150. Eversource Energy | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 151. Exxon Mobil Corp | A | Dividend | J | T | | | | | |
| 152. Exxon Mobil Corp (12.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 153. Exxon Mobil Corp (24.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.　Factset Research Systems | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 155.　Federal Rlty Invt TR SBI REIT | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 156.　Genl Dynamics Corp | A | Dividend | J | T | | | | | |
| 157.　Genl Dynamics Corp | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 158.　Genl Dynamics Corp | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 159.　Grainger W W Inc | A | Dividend | J | T | Sold<br>(part) | 04/25/19 | J | A | |
| 160.　Grainger W W Inc (5.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 161.　Grainger W W Inc (1.00) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 162.　Harris Corp Del | A | Dividend | | | Sold | 04/05/19 | J | A | |
| 163.　Honeywell Intl Inc (11.00) | A | Dividend | J | T | | | | | |
| 164.　Honeywell Intl Inc (6.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 165.　Illinois Tool Works Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 166.　Intl Business Machines Corp | A | Dividend | J | T | | | | | |
| 167.　Intl Business Mach Corp (4.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 168.　Intl Business Mach Corp (8.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 169.　J M Smucker Co | A | Dividend | J | T | | | | | |
| 170.　J M Smucker Co (5.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  J M Smucker Co (14.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 172.  Jack Henry & Assoc Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 173.  Johnson & Johnson | A | Dividend | J | T | | | | | |
| 174.  Johnson & Johnson (5.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 175.  Johnson & Johnson (11.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 176.  Kontoor Brands Inc | | None | | | Sold | 05/29/19 | J | A | |
| 177.  Linde PLC | A | Dividend | J | T | | | | | |
| 178.  Linde PLC (5.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 179.  Linde PLC (2.00) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 180.  Lowes Companies Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 181.  Lowes Companies Inc | A | Dividend | J | T | Sold<br>(part) | 09/10/19 | J | A | |
| 182.  L3Harris Technologies Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 183.  McCormick & Co Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 184.  McDonalds Corp | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 185.  Medtronic PLC | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 186.  Microsoft Corp | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 187.  Mondelez Intl Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. New Jersey Res Corp | A | Dividend | J | T | | | | | |
| 189. New Jersey Res Corp (21.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 190. New Jersey Res Corp (13.00) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 191. Nextera Energy Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 192. Nike Inc Class B | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 193. Novartis AG SPON ADR | A | Dividend | | | Sold | 04/05/19 | J | A | |
| 194. P P G Industries Inc | A | Dividend | J | T | | | | | |
| 195. P P G Industries Inc (5.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 196. P P G Industries Inc (11.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 197. Paychex Inc | A | Dividend | J | T | | | | | |
| 198. Paychex Inc (14.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 199. Paychex Inc (5.00) | A | Dividend | J | T | Buy | 09/10/19 | J | | |
| 200. Pepsico Incorporated | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 201. Phillips 66 | A | Dividend | J | T | | | | | |
| 202. Phillips 66 (8.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 203. Phillips 66 (13.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 204. Polaris INDS Inc | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205.  Polaris INDS Inc (14.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 206.  Polaris INDS Inc (15.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 207.  Proctor & Gamble Co | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 208.  Realty Income Corp | A | Dividend | J | T | | | | | |
| 209.  Realty Income Corp (8.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 210.  Realty Income Corp (23.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 211.  S&P Global Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 212.  Starbucks Corp | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 213.  Stryker Corp | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | | |
| 214.  Stryker Corp | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 215.  Sysco Corporation | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 216.  Sysco Corporation | A | Dividend | J | T | Sold<br>(part) | 09/10/19 | J | A | |
| 217.  T Rowe Price Group Inc | A | Dividend | J | T | | | | | |
| 218.  T Rowe Price Group Inc (6.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 219.  T Rowe Price Grou Inc (11.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 220.  Texas Instruments Inc | A | Dividend | J | T | Sold<br>(part) | 04/05/19 | J | A | |
| 221.  Texas Instruments Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Weinstein, Jack B. | 01/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  TJX Cos Inc New | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 223.  United Parcel Service - B | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 224.  United Technologies Corp | A | Dividend | J | T | | | | | |
| 225.  United Technologies Corp (2.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 226.  United Technologies Corp (6.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 227.  United Health Group Inc | A | Dividend | J | T | | | | | |
| 228.  United Health Group Inc (2.00) | A | Dividend | J | T | Buy | 04/05/19 | J | | |
| 229.  United Health Group Inc (6.00) | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 230.  V F Corporation | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 231.  Verizon Communications | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 232.  Wal-Mart Stores Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 233.  WEC Energy Group Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 234.  XCEL Energy Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |
| 235.  XYLEM Inc | A | Dividend | J | T | Buy | 07/25/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weinstein, Jack B.** | 01/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Weinstein, Jack B. | 01/04/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jack B. Weinstein**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544